IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MITCHELL WINKLEMANN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | Case No. 1:25-CV-00188 |
| AJA 1550, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, MITCHELL WINKLEMANN and Defendant, AJA 1550, LLC, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendant and this entire Action with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 2nd day of May 2025.

        Law Offices of
        THE SCHAPIRO LAW GROUP, P.L.

        /s/ *Douglas S. Schapiro*
        Douglas S. Schapiro, Esq.
        State Bar No. 54538FL
        The Schapiro Law Group, P.L.
        7301-A W. Palmetto Park Rd., #100A
        Boca Raton, FL 33433
        Tel: (561) 807-7388
        Email: schapiro@schapirolawgroup.com

        *Attorney for Plaintiff*

        */s/ Anna Kazaz*
        Anna Kazaz, Esq. (IL – 6288488)
        Amundsen Davis, LLC
        150 N. Michigan Avenue, Suite 3300
        Chicago, IL 60611
        Tel: 312-894-3200
        Email: akazaz@amundsendavislaw.com

        *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of May 2025, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

        /s/ Douglas S. Schapiro
        Douglas S. Schapiro
        State Bar No. 54538FL